Andrew A. Smits (State Bar Number 146659)
Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1027
E-mail: asmits@smits-law.com

Paul R. Franke, III
Franke Greenhouse List & Lippitt, LLP
1228 Fifteenth Street, Second Floor
Denver, Colorado 80202
Telephone: (303) 623-4500
Facsimile: (303) 323-0960
E-mail: pfranke@mfgll.com

Attorney for Plaintiff, AT&T Corp.

FILED
08 APR 28 AM 11:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

'08 CV 0758 H POR

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

VIA FAX

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>Plaintiff,<br>vs.<br>WASHINGTON INVENTORY SERVICE, a California corporation,<br>Defendants. | Case No.:<br><br>**COMPLAINT FOR BREACH OF CONTRACT AND QUANTUM MERUIT/UNJUST ENRICHMENT** |

Now comes Plaintiff, AT&T Corp. ("Plaintiff"), through its undersigned counsel, and for its Complaint, complains and alleges of Washington Inventory Services ("Defendant"), as follows:

**JURISDICTION AND VENUE**

1. Plaintiff is a corporation organized and existing under the laws of New York with its principal place of business located at One AT&T Way, Bedminster, New Jersey 07921, and is authorized to do business as a foreign corporation within the State of California.

2. Plaintiff is informed and believes and thereon alleges that Washington Inventory Service is a California corporation with a principal place of business in the State of California,

County of San Diego, to which location Plaintiff rendered telecommunications services that are the subject of this Complaint.

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a), in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between parties that are domiciled in different states.

4. Venue is proper under 28 U.S.C. §1391(b), in that the Defendant has and is conducting business in this judicial district and/or the telecommunication services at issue were provided to the Defendant in this judicial district.

## GENERAL ALLEGATIONS

5. Defendant and AT&T entered into a contract on or about September 10, 2003 whereby AT&T agreed to provide, and Defendant agreed to pay for, telecommunications services ("the Contract"). The Contract is attached as Exhibit A and incorporated herein by reference.

6. AT&T provided telecommunication services to Defendant's offices in California and elsewhere under account number 171-789-3876-455 (the "Services") pursuant to the Contract, the Master Agreement between AT&T and Defendant, and the AT&T Business Services Guide (the "BSG").

7. Pursuant to the Contract, Defendant agreed to meet a "minimum annual revenue commitment" of $360,000 per year for three years.

8. Defendant failed to meet the minimum annual revenue commitment of $360,000 for each year of the three-year Contract.

9. Defendant continued to use and pay for telecommunication services provided by Plaintiff until approximately October 2006.

10. Defendant continued to receive telecommunications services from Plaintiff until approximately October 2006 at the rate provided in the Contract.

11. Plaintiff has demanded payment in full for the Services provided to Defendant, including without limitation late fees and shortfall charges for years two and three of the Contract, but has received no part of the amounts due and owing from Defendant.

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park,
Suite 160
Irvine, CA 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1025

**FIRST CAUSE OF ACTION**

**(Breach of Contract)**

12. Plaintiff incorporates the allegations contained in Paragraphs 1-11 above as if fully set forth herein.

13. Defendant's failure to meet the minimum annual revenue commitment as set forth in the Contract and other charges, as set forth above, constitutes a breach of contract.

14. As a result of Defendant's breach of contract, Plaintiff has suffered damages in the amount of $392,203.02.

15. Plaintiff is entitled to all amounts owed under the Contract, plus interest, costs, and attorney fees associated with Defendant's breach.

**SECOND CAUSE OF ACTION**

**(Quantum Meruit/Unjust Enrichment)**

16. AT&T incorporates by reference as if fully set forth herein, the allegations contained in Paragraphs 1 through 11 above.

17. AT&T furnished telecommunications services to the Defendant.

18. The telecommunications services were furnished by AT&T with the reasonable expectation that it would be paid for the services.

19. Defendant requested and accepted the services expecting to pay at least $360,000 each year for them, or under such circumstances that it knew, or as a reasonable organization should have known, that AT&T expected to be paid at least $360,000 each year for the services.

20. By failing to pay Plaintiff the sums owed to it, Defendant has become unjustly enriched and is indebted to the Plaintiff under the theory of quantum meruit for a minimum of $392,203.02.

WHEREFORE Plaintiff prays for judgment against Defendant as more fully set forth below:

1. For amounts due and owing under the Contract, including but not limited to $392,203.02 in unpaid late fees, termination or shortfall charges, plus interest at the legal rate on

LAW OFFICES OF ANDREW A. SMITS
36 Executive Park
Suite 160
Irvine, CA 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1023

each months charge for Plaintiff's services from the date the charge was due until it is paid, and attorney fees and costs pursuant to the Contract, the Master Agreement and the AT&T Business Services Guide; and

2. For such other and further relief as this Court may deem just and proper.

Dated: April 25, 2008

LAW OFFICES OF ANDREW A. SMITS

By: [signature]
ANDREW A. SMITS
Attorney for Plaintiff, AT&T Corp.

Law Offices of Andrew A. Smits
36 Executive Park
Suite 160
Irvine, CA 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1025

EXHIBIT A

**AT&T MA Reference No.** 41148

**AT&T Voice/Data Services**
**Service Order Attachment**

| CUSTOMER Legal Name ("Customer") | AT&T Corp. (or enter AT&T signing entity) ("AT&T") | AT&T Sales Contact Name Primary Contact |
|---|---|---|
| Washington Inventory Service | AT&T Corp. | Name: Julie Rossi |
| **CUSTOMER Address** | **AT&T Corp. Address and Contact** | **AT&T Sales Contact Information** |
| 9265 Sky Park Court<br>San Diego<br>CA USA<br>92123 | 55 Corporate Drive<br>Bridgewater, New Jersey 08807<br><br>Attn: Master Agreement Support Team<br><br>Email: mast@att.com<br>url: http://ma.kweb.att.com/<br>Fax: 908-658-2562 | Address: 12820 High Bluff Drive<br>San Diego<br>CA USA<br>92130<br>Fax: 858 350-3622<br>Email: julierossi@att.com<br>Sales/Branch Manager: Timothy MacDonald<br>Sales Strata (if applicable): Middle<br>Sales Region: Dol |
| **CUSTOMER Contact** | **AT&T Address and Contact (if signing entity other than AT&T Corp.)** | **AT&T Authorized Agent Information (if applicable) Primary Contact** |
| Name: ~~Robert J. Mahoni~~ Steve Stevens<br>Title: ~~Vice President~~ Network Mgr<br>Telephone: 858 492-27~~20~~ 22<br>Fax: 858 565-8734<br>Email: ~~bmaluesl~~@wisusa.com<br>sstevens | | Name: First Last<br>Company Name: Agent Company<br>Agent Address: Street Address<br>City<br>State / Province Country<br>Domestic / International Zip Code<br>Telephone:<br>Fax:<br>Email:<br>Agent Code: Agent Auth Code |
| **CUSTOMER Billing Address** | | |
| 9265 Sky Park Court<br>San Diego<br>CA USA<br>92123 | | |

This Service Order Attachment (and its schedules) is part of the Agreement between AT&T and Customer referenced above.

In the event of a conflict among terms, the order of descending priority shall be this Service Order Attachment, the Agreement's general terms and conditions, and the AT&T Service Guide.

**AGREED:**

**CUSTOMER: Washington Inventory Service**

By: [signature]
(Authorized Signature)

Robert J. Mahoney
(Typed or Printed Name)

Vice President
(Title)

9-3-03
(Date)

**AGREED:**

**AT&T Corp.**

By: [signature]
(Authorized Signature)

Carmel Ossorio
(Typed or Printed Name)

Staff Manager
(Title)

09/10/03
(Date)

DCMT030448

3-11-03



EXHIBIT A PAGE 5

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 09/11/2003, AT&T reserves the right to withdraw this Attachment.

For AT&T Administrative Use Only

Master Agreement No. ____
Attachment No. ____
Original Effective Date: ____

# AT&T Service Order Attachment-Voice/Data Services

1. THE SERVICE

**1.1 Services Provided**
AT&T will provide the following Service as ordered by Customer under this Attachment. The service descriptions and other provisions relating to the Service will be as set forth in this Attachment, the Agreement's general terms and conditions and the appropriate sections of the Service Guide. Except to the extent that credits, waivers, discounts and stabilized prices are specified in this Attachment, pricing for the Services Provided will be as set forth in the Service Guide.

- AT&T Business Network (ABN) Service

**1.2 Definitions**
Capitalized terms used but not defined in this Attachment are defined elsewhere in the Agreement.

A. "AT&T CPE" means, collectively, equipment provided under this Attachment by AT&T or its suppliers and located on Customer's premises. AT&T CPE includes the software required to operate such equipment.
B. "Effective Date" is the date on which the last party signs this Attachment.
C. "Purchased Equipment" means equipment sold under this Attachment by AT&T or its suppliers to Customer.
D. "Service" means collectively all of the Service Components Customer orders under this Attachment, as more fully described in the Service Guide.
E. "Service Guide" consists of the standard AT&T service descriptions, pricing and other provisions, as revised by AT&T from time to time, relating to Services Provided under this Attachment. The Service Guide is located at http://[illegible]guide.att.com/ABS/ext or http://[illegible]/serviceguide or such other AT&T designated location.

2. TERM AND TERMINATION

2.1 The term of this Attachment ("Attachment Term") is 3 Years. The Attachment Term, discounts and rates commence beginning with the first full billing cycle following installation of the ABN Service. No renewal option is available under this Attachment.

2.2 Customer may terminate this Attachment under one of the following provisions without incurring Termination Charges

(i) In the event of a breach of any material term or condition of this Attachment or the underlying applicable sections of the Service Guide by AT&T where such failure continues unremedied for thirty (30) days after receipt of written notice by AT&T.

(ii) On the 2nd anniversary of the Attachment Term sia provided: (1) AT&T receives, in writing, the Customer's o terminate at least 30 days prior to the day on which the se to be terminated; and (2) the Customer, by the ti termination, has satisfied an amount equal to the sum MARC for years 1 and 2.

(iii) Prior to the end of the Attachment Term, provided Cu (1) is current in payment to AT&T for Services Provided; replaces this Attachment with other domestic and/or intern telecommunications Services provided by AT&T having: equal or greater new MARC, and (ii) a new term equa greater than the remaining term of this Attachment. If Cu is terminating more than one Attachment concurrent w termination of this Attachment, the new MARC must be e or greater than the sum of all the MARCs in the term Attachments. For purposes of this section, the Shortfall C if any, shall be equal to the difference between: (1) the p MARC for the year in which the Customer terminates and total MARC-Eligible Charges incurred for that year throu effective date of termination.

2.3 In the event of a termination of this Attachment eit Customer for its convenience (other than under Section 2.2 AT&T as permitted for cause under the Agreement, Customer must pay a Termination Charge equal to 35% unsatisfied MARC for the year in which Customer discon this Attachment and 35% of the MARC for each year remai the Attachment Term.

2.4 Customer must pay all charges incurred as of the ef date of termination. In addition, in the event of terminating Service, in whole or in part, other than under 2.2(i), Cu must pay any: (i) waived installation charges for S Components which have not met the applicable mi retention period (specified in this Attachment or the S Guide) as of the termination date; (ii) access facilities termi charges and other third party charges incurred by AT&T the termination; and, (iii) remaining charges associated wi AT&T CPE and Purchased Equipment. Customer must al any minimum payment period charges for Service Compo as specified in the Service Guide or this Attachment.

3. MINIMUM COMMITMENTS/CHARGES
3.1 The Customer agrees to satisfy a Minimum Annual R Commitment (MARC) of $360,000 for each year of the atta term.



EXHIBIT A PAGE 6

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 09/11/2003, AT&T reserves the right to withdraw this Attachment.

For AT&T Administrative Use Only

**Master Agreement No.** ______

**Attachment No.** ______

**Original Effective Date:** ______

# AT&T Service Order Attachment-Voice/Data Services

The MARC will be satisfied by the following "MARC-Eligible Charges":

Customer's total gross monthly non-recurring, recurring and usage charges for ABN Service as defined in the Service Guide, including eligible Voice, FRS, Access, Local, Intrastate, ATM and MIS Services purchased under the ABN Service offer.

If on any anniversary of the Attachment Term start date Customer has failed to satisfy the MARC for the preceding 12 month period, the Customer will be billed a shortfall charge in an amount equal to the difference between the MARC and the total of the actual MARC-Eligible Charges incurred during that 12 month period ("Shortfall Charge").

4. SERVICE SPECIFIC AND OTHER PROVISIONS

4.1. MIS

4.1.1. AT&T may terminate MIS Service upon one hundred eighty (180) days written notice to Customer, or any MIS Service Component upon ninety (90) days written notice, if AT&T decides to cease providing such Service, in whole or in part.

4.1.2. Customer agrees to be bound by and shall assure that Users comply with AT&T's Acceptable Use Policy ("AUP"). The AUP details the types of Customer and User activities that are prohibited. The AUP may be revised from time to time, and is available for review at: http://www.ipservices.att.com/policy.html, or at such other address as AT&T may specify by posting or email notice. If Customer wishes to be notified of modifications to the AUP, Customer may visit such address and subscribe to the AUP modification notification service.

If Customer fails to rectify a violation of the AUP within ten (10) days after receiving notice thereof from AT&T, then AT&T may terminate this Attachment or suspend Service, except that Service may be suspended without notice (i) in response to a court order or government demand, or (ii) if AT&T determines, in its reasonable discretion, that the violation is likely to cause AT&T to be in violation of law or expose AT&T to irreparable harm or cause harm to the integrity or normal operation of AT&T's network or AT&T's ability to provide services to customers.

4.1.3. AT&T Security Services, such as Managed Firewall approved Internet connection to Customer's network. AT&T only monitors Internet connections included in AT&T Security Services.

4.1.4. Customer may, from time to time, request AT&T to host Customer's IP addresses or domain names, in accordance with the terms and conditions set forth herein and at the following web site, which site may be revised from time to time: https://mis.att.hub.att.com/mys/dns_ms_terms.html.

4.1.5. Except for IP addresses expressly registere Customer's name, all IP addresses, AT&T-based domain n and telephone numbers shall remain, at all times, proper AT&T and shall be nontransferable and Customer shall ha right to use same upon termination or expiration of MIS Servi

4.1.6. AT&T will use reasonable commercial efforts in prov the Service. However, AT&T does not guarantee ne security or the integrity of any data which is backed up, stor subject to load balancing. Except as set forth in the Se Guide, AT&T will not provide support directly to, or interface any User.

4.1.7. Local Access, which is the connection betwee Customer premises and the nearest AT&T point of presen required for MIS Service. Customer may choose to have provide the Local Access or to have the Local Access provid another carrier. Local Access provided by AT&T unde Attachment may be used for AT&T MIS only. AT&T wi manage Local Access provided by another carrier, and AT& not be responsible for the availability of such Local Ac Customer will not be able to use the Service if Local Acce unavailable.

4.1.8. In addition to the MIS Service charges set forth i Attachment, Customer is responsible for payment of appli local access charges and any Domain Name registration fee

**4.2. Equipment**

**4.2.1.** If AT&T installs AT&T CPE on Customer's premises f purpose of enabling AT&T to provide the Service to Cust and then Customer will have no right, title or interest in CPE. Customer shall keep the AT&T CPE free from all charges, or encumbrances. Customer is liable for damage loss of AT&T CPE (including damage or loss caused by majeure events) except to the extent caused by AT&T Suppliers. On termination or expiration of this Attachi Customer will, upon AT&T's request, return all AT&T CPE i same condition as originally installed, ordinary wear and excepted, to an AT&T specified address or Customer sha liable for its then-current market value. AT&T will no obligated to restore the premises to its original condition.

**4.2.2.** Title to and risk of loss of Purchased Equipment will to Customer as of the delivery date, upon which date, AT& have no further obligations of any kind (including without limit operation and maintenance) with respect to that Purch Equipment. AT&T retains a purchase money security inter each item of Purchased Equipment until Customer pays fo full; Customer appoints AT&T as Customer's agent to sign file a financing statement to perfect AT&T's security interest.

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 09/11/2003, AT&T reserves the right to withdraw this Attachment.

| For AT&T Administrative Use Only | |
|---|---|
| Master Agreement No. | |
| Attachment No. | |
| Original Effective Date: | |

# AT&T Service Order Attachment-Voice/Data Services

4.2.3. All Purchased Equipment and Third Party Software provided under this Attachment is provided on an "as is" basis, except that AT&T will pass through to Customer any warranties available from its Purchased Equipment and Third Party Software suppliers, to the extent that AT&T is permitted to do so under its contracts with those suppliers. If Purchased Equipment is manufactured by Cisco Systems, Inc., Customer must refer to the following URL regarding equipment warranty provisions: http://stage.business.att.com/ecu/equipment_and_materials.doc and the following URL regarding associated software licensing provisions: http://stage.business.att.com/ecu/software_license.doc. No maintenance, repair or other support is provided for Purchased Equipment or Third Party Software, except as expressly stated in the Service Guide or the terms and conditions provided with the Third Party Software, respectively.

4.3. Eligibility/Other Requirements

This Attachment is available only to Customers who order this Attachment only once, either by the Customer or any Affiliate of the Customer, for initial installation within 30 days after the date ordered.

5. DISCOUNTS

All discounts are applied in the same manner as specified in the Service Guide, and no other discounts will apply. These discounts will apply to the applicable rates in the Service Guide as well as those stabilized rates in Section 7 of this Attachment.

| AT&T Service Component/Capability | Discount% |
|---|---|
| Domestic Voice | 62% |
| International Voice | 50% |
| Other Qualifying Service Categories | 33% |
| Domestic Frame | 35% |
| Regional Frame | 1% |
| International Frame | 35% |
| Terrestrial 1.544 Mbps Local Channels | 30% |
| Terrestrial 45 Mbps Local Channels | 20% |
| [illegible]/34 ACCUNET Generic Digital Access Local Channels | 30% |
| ACCUNET T1.5 Service Primary Rate Interface Office Functions | 85% |
| AT&T Frame Relay Plus Service | |
| 56 kbps Monthly Recurring Charge | 11% |
| T1.5 Monthly Recurring Charge | 11% |
| [illegible] Monthly Recurring Charge | 11% |

| Asynchronous Transfer Mode (ATM) Service | |
|---|---|
| Domestic ATM and FRS/ATM Interworking | 35% |
| International ATM and International ATM Interworking | 5% |
| Local ATM and FRS/ATM Interworking | 1% |
| AT&T Managed Internet Service (MIS) | |
| Tiered – excluding 56 kbps | 53% |
| Burstable | 53% |

The Customer will receive an additional discount on the Monthly Billed Charges for Other Qualifying Service Cat usage for the following states:

| State | Discount |
|---|---|
| California | 7% |
| Illinois | 10% |
| Missouri | 10% |
| Florida | 5% |
| Texas | 10% |
| New Jersey | 10% |

The Customer will receive the following discounts each mon the Minimum Monthly Usage Charges for the following A Advanced Toll-Free Features (Classic):

| Feature/Call Type | Disc |
|---|---|
| Announcement Features/Per Announcement Played | 57 |
| Announcement Features/Per Minute of Announcement Played | 18 |

**Monthly Growth Incentive (MGI) Discount** - The Custom not eligible for the MGI Discount as specified in the applic section of the Service Guide.

## 6. PROMOTIONS, CREDITS AND WAIVERS

### 6.1 PROMOTIONS

Customer is eligible for ABN Service waivers as designated i Service Guide. Customer is ineligible for any and all promotions, credits or waivers in the Service Guide.

### 6.2 WAIVERS

AT&T will waive the following charges, provided the affe Service Components remain installed for a minimum rete period of 12 months, equal to:

6.2.1 Those Installation Charges for ATM Ports and PVCs are specified in the Service Guide as waived for ABN custom

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 08/11/2003, AT&T reserves the right to withdraw this Attachment.

| For AT&T Administrative Use Only | |
|---|---|
| Master Agreement No. | |
| Attachment No. | |
| Original Effective Date: | |

## AT&T Service Order Attachment-Voice/Data Services

6.2.2 The Monthly Charges and minimum usage requirement for Per Main Billed Account, Per Customer Location-Switched Access and Per Customer Location-Dedicated Access.

6.2.3. 100% of the monthly recurring charges for the following in lieu of the waiver specified in the Service Guide: ACCUNET T1.5 Access Connection, ACCUNET T1.5 M-24 Office Function, ACCUNET T45 Access Connection, ACCUNET T45 M-28 Office Function, Terrestrial 1.544 Mbps Access Coordination Function, Terrestrial 45 Mbps Access Coordination Function and Generic Digital Access Access Coordination Function.

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 09/11/2003, AT&T reserves the right to withdraw this Attachment.

For AT&T Administrative Use Only

**Master Agreement No.** ______

**Attachment No.** ______

**Original Effective Date:** ______

## AT&T Service Order Attachment-Voice/Data Services

7. RATES

**7.1 Regulatory Surcharges**

Regardless of any stabilization that may appear in this Attachment for the Services Provided, AT&T reserves the right to increase charg a result of expenses incurred by AT&T reasonably relating to regulatory assessments stemming from an order, rule or regulation Federal Communications Commission or other regulatory authority or court having competent jurisdiction (including but not limit payphone, PICC and USF related expenses).

**7.2 ABN International Dial Station Outbound and Inbound International Intense Option** rates for ABN Service apply as specified Service Guide.

**7.3 AT&T Terrestrial 1.544 Mbps Local Channels** - The following rates apply in lieu of the corresponding rates set forth in the Se Guide and are stabilized for the Attachment Term.

| NPA-NXX | Monthly Charge | USOC |
|---|---|---|
| All | $500.00 | 1LNV8 |

**7.4 AT&T Managed Internet Service** – The following rates are stabilized for the Attachment Term.

NOTE: The minimum payment period for MIS Service Components is 12 months. Customer will be obligated to pay the rem scheduled charges for any MIS Service component that does not remain installed for at least 12 months.

**7.4.1 Monthly Fees:**

A. Tiered Service

56/64 Kbps

| Speed | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| 56/64 Kbps | $745 | $845 |

TIERED T-1 and NxT-1

| Access Method | Speed | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|---|
| T-1 | 128 Kbps | $895 | $995 |
| T-1 | 256 Kbps | $1,120 | $1,220 |
| T-1 | 384 Kbps | $1,340 | $1,440 |
| T-1 | 512 Kbps | $1,560 | $1,660 |
| T-1 | 768 Kbps | $1,630 | $1,730 |
| T-1 | 1024 Kbps | $1700 | $1800 |
| T-1 | 1.544 Mbps | $1,870 | $1,970 |
| 2xT-1 | 3 Mbps | $3,400 | $3,900 |
| 3xT-1 | 4.5 Mbps | $4,400 | $4,900 |
| 4xT-1 | 6 Mbps | $5,000 | $5,500 |



EXHIBIT A PAGE 10

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 09/11/2003, AT&T reserves the right to withdraw this Attachment.

| For AT&T Administrative Use Only | |
|---|---|
| **Master Agreement No.** | |
| **Attachment No.** | |
| **Original Effective Date:** | |

## AT&T Service Order Attachment-Voice/Data Services

Tiered T-3

| Access Method | Speed | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|---|
| T-3 | [illegible] Mbps | $5,000 | $5,500 |
| T-3 | 10 Mbps | $7,360 | $8,350 |
| T-3 | 15 Mbps | $9,850 | $10,850 |
| T-3 | 20 Mbps | $12,350 | $13,350 |
| T-3 | 25 Mbps | $14,900 | $15,900 |
| T-3 | 30 Mbps | $17,400 | $18,400 |
| T-3 | 35 Mbps | $19,950 | $20,950 |
| T-3 | 40 Mbps | $22,450 | $23,450 |
| T-3 | 45 Mbps | $25,000 | $26,000 |

Tiered OC-3

| Speed | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| [illegible] Mbps | [illegible] | $72,200 |

Tiered OC-12

| Speed | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| 622 Mbps | $202,800 | $207,800 |

B. Burstable Service

BURSTABLE T-1

| Sustained Usage | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| [illegible] - 128.0 Kbps | $1,080 | $1,180 |
| 128.01 - 256 Kbps | $1,350 | $1,450 |
| 256.01 - 384 Kbps | $1,610 | $1,710 |
| 384.01 - 512 Kbps | $1,880 | $1,980 |
| 512.01 Kbps - 1.544 Mbps | $2,250 | $2,350 |

AT&T PROPRIETARY


EXHIBIT A PAGE 11

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by 09/11/2003, AT&T reserves the right to withdraw this Attachment.

| For AT&T Administrative Use Only | |
|---|---|
| Master Agreement No. | |
| Attachment No. | |
| Original Effective Date: | |

# AT&T Service Order Attachment-Voice/Data Services

Burstable T-3

| Sustained Usage | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| [illegible] 6.0 Mbps | $6,050 | $6,550 |
| 6.01 - 7.5 Mbps | $7,150 | $8,150 |
| 7.51 - [illegible] Mbps | $8,250 | $9,250 |
| 9.01 - 10.5 Mbps | $9,150 | $10,150 |
| 10.[illegible] - 12.0 Mbps | $10,050 | $11,050 |
| 12.01 - 13.5 Mbps | $10,950 | $11,950 |
| 13.[illegible] - 15.0 Mbps | $11,850 | $12,850 |
| 15.01 - 16.[illegible] Mbps | $12,600 | $13,600 |
| [illegible] - [illegible] Mbps | $13,350 | $14,350 |
| [illegible] - 19.5 Mbps | $14,100 | $15,100 |
| [illegible] - 21.0 Mbps | $14,850 | $15,850 |
| [illegible] - 45.0 Mbps | $30,050 | $31,050 |

Flexible Bandwidth Billing Option - Burstable T-3

| Tiered Bandwidth Minimum Commitment | MIS Monthly Fee | MIS with Managed Router Monthly Fee | Incremental Usage Fee Per Mbps |
|---|---|---|---|
| 2 Mbps | $2,350 | $2,850 | $1,410 |
| 3 Mbps | $3,400 | $3,900 | $1,380 |
| 4 Mbps | $4,300 | $4,800 | $1,280 |
| 5 Mbps | $4,500 | $5,000 | $1,080 |
| 6 Mbps | $5,000 | $5,500 | $1,000 |
| 7 Mbps | $[illegible] | $6,650 | $969 |
| 8 Mbps | $[illegible] | $7,250 | $938 |
| 9 Mbps | $[illegible] | $7,850 | $913 |
| 10 Mbps | $7,352 | $8,350 | \\$882 |
| [illegible] Mbps | $[illegible] | $10,850 | $788 |
| [illegible] Mbps | $[illegible] | $13,350 | $741 |
| [illegible] Mbps | $[illegible] | $15,900 | $716 |
| [illegible] Mbps | $[illegible] | $18,400 | $696 |
| [illegible] Mbps | $19,950 | $20,950 | $684 |
| [illegible] Mbps | $22,450 | $23,450 | $674 |
| [illegible] Mbps | $[illegible] | $26,000 | N/A |

Burstable OC-3

| Sustained Usage | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| [illegible] | $23,950 | $24,950 |
| [illegible] | $30,050 | $31,050 |
| [illegible] | $35,050 | $36,050 |
| [illegible] | $40,100 | $41,100 |
| [illegible] | $45,150 | $46,150 |
| [illegible] | $50,200 | $51,200 |
| [illegible] | $57,750 | $58,750 |
| [illegible] | $70,350 | $71,350 |
| [illegible] | $85,450 | $86,450 |



EXHIBIT A PAGE 12

Washington Inventory Service WK-42110V3

If this Attachment is not executed by the Customer by [illegible]/2003, AT&T reserves the right to withdraw this Attachment.

| For AT&T Administrative Use Only | |
|---|---|
| Master Agreement No. | |
| Attachment No. | |
| Original Effective Date: | |

## AT&T Service Order Attachment-Voice/Data Services

Flexible Bandwidth Billing Option - Burstable OC-3

| Tiered Bandwidth Minimum Commitment | MIS Monthly Fee | MIS with Managed Router Monthly Fee | Incremental Usage Fee Per Mbps |
|---|---|---|---|
| [illegible] to 30 Mbps | $19,950 | $20,950 | $684 |
| [illegible] | $22,450 | $23,450 | $674 |
| [illegible] | $25,000 | $26,000 | $687 |
| [illegible] | $31,300 | $32,300 | $626 |
| [illegible] | $34,600 | $36,600 | $609 |
| [illegible] | $39,700 | $40,700 | $598 |
| 90 Mbps | $43,900 | $44,900 | $585 |
| 105 Mbps | $48,100 | $49,100 | $577 |
| [illegible] | $56,500 | $57,500 | $566 |
| [illegible] | $64,900 | $65,900 | $551 |
| [illegible] | $71,200 | $72,200 | N/A |

Burstable OC-12

| Sustained Usage | MIS Monthly Service Fee | MIS w/Managed Router Monthly Service Fee |
|---|---|---|
| [illegible] Mbps | $45,150 | $46,150 |
| [illegible] Mbps | $75,000 | $76,000 |
| [illegible] Mbps | $104,850 | $105,850 |
| [illegible] 300.0 Mbps | $134,650 | $135,650 |
| [illegible] Mbps | $160,150 | $161,150 |
| [illegible] Mbps | $185,850 | $186,650 |
| [illegible] Mbps | $210,850 | $211,850 |
| [illegible] Mbps | $243,400 | $244,400 |

Flexible Bandwidth Billing Option - Burstable OC-12

| Tiered Bandwidth Minimum Commitment | MIS Monthly Fee | MIS with Managed Router Monthly Fee | Incremental Usage Fee Per Mbps |
|---|---|---|---|
| [illegible] | $35,600 | $36,600 | $609 |
| [illegible] | $39,700 | $40,700 | $598 |
| [illegible] | $43,900 | $44,900 | $585 |
| [illegible] | $48,100 | $49,100 | $577 |
| [illegible] | $56,500 | $57,500 | $566 |
| [illegible] | $64,900 | $65,900 | $551 |
| [illegible] | $71,200 | $72,200 | $541 |
| [illegible] | [illegible] | $88,900 | $503 |
| [illegible] | $98,050 | $103,050 | $471 |
| [illegible] | $112,200 | $117,200 | $449 |
| [illegible] | $126,400 | $131,400 | $433 |
| [illegible] | $140,550 | $145,550 | $422 |
| [illegible] | $154,700 | $159,700 | $413 |
| [illegible] | $1[illegible],850 | $173,850 | $406 |
| [illegible] | $1[illegible],000 | $188,000 | $399 |
| [illegible] | $1[illegible],150 | $202,150 | $394 |
| [illegible] | $[illegible],850 | $207,800 | N/A |

[illegible]shington Inventory Service WX-42110V3

[illegible] this Attachment is not executed by the Customer by [illegible]03, AT&T reserves the right to withdraw this Attachment.

| For AT&T Administrative Use Only | |
|---|---|
| Master Agreement No. | ______ |
| Attachment No. | ______ |
| Original Effective Date: | ______ |

# AT&T Service Order Attachment-Voice/Data Services

## 7.4.2 Installation Fees

Tele Installation

| [illegible] Speed | MIS | MIS with Managed Router |
|---|---|---|
| [illegible] | [illegible] | $1,000 |
| [illegible] - 1.5 Mbps | [illegible] | $1,000 |
| [illegible] 3.0 Mbps, [illegible] Mbps & 6.0 Mbps) | $2,500 | $2,500 |
| T-3 | $5,000 | N/A |
| OC-3, OC-12 | [illegible] | N/A |

On-Site Installation

| [illegible] Speed | MIS with Managed Router Only |
|---|---|
| [illegible] | $3,800 |
| [illegible] - 1.5 Mbps | $4,800 |
| [illegible] 3.0 Mbps - 6.0 Mbps) | $5,000 |
| [illegible] | $6,000 |
| [illegible] OC-12 | $10,000 |

## 7.4.3 Options

| | |
|---|---|
| Additional Primary DNS (available in increments of up to 15 zones with a maximum of 150 Kilobytes of zone file [illegible]) | $100 per DNS increment, per month |
| Additional Secondary DNS (available in increments of up to 15 zones with a maximum of 150 Kilobytes of zone file [illegible]) | $100 per DNS increment, per month |
| [illegible] Mail Relay - [illegible] | $150 per domain per month |
| [illegible] Mail Relay - [illegible] | $100 per domain installation fee |

## 7.5 Managed Firewall Services

### 7.5.1 Monthly Fees

| Option | Monthly Service Fee List Price |
|---|---|
| Router Based Firewall Option | $350 |
| [illegible] Based Firewall Option | $2,500 |

### 7.[illegible] Installation Fees

| Option | Tele-Installation Fee - List Price |
|---|---|
| Router Based Firewall | $2500 |
| Server Based Firewall | $5000 |



EXHIBIT A PAGE 14

[illegible] Inventory Service [illegible]-42110V3

If this Attachment is not executed by the Customer by [illegible], AT&T reserves the right to withdraw this Attachment.

**For AT&T Administrative Use Only**

**Master Agreement No.** ______
**Attachment No.** ______
**Original Effective Date:** ______

## AT&T Service Order Attachment-Voice/Data Services

[illegible] Options

A. [illegible] Fees

| [illegible] Based Firewall Options | Monthly Service Fees List Price |
|---|---|
| [illegible] Option (DMZ) [illegible]) | $500 |
| [illegible] Homed Option ([illegible] DMZ) | $0 |
| URL Screening (Websense) | |
| Managed Firewall URL Screening 100 User | $100.00 |
| Managed Firewall URL Screening 500 User | $350.00 |
| Managed Firewall URL Screening 1000 User | $500.00 |
| Managed Firewall URL Screening 3000 User | $900.00 |
| Managed Firewall URL Screening 5000 User | $1,250.00 |
| [illegible] and Provided Software | $0 |
| [illegible] Managed Firewall 100Mb Ethernet | $200.00 |
| [illegible] Provided Strong Authentication Server | $50.00 |
| [illegible] Firewall - Support For Extranet | $750.00 |
| [illegible] Firewall - Support For Remote User VPN | $0 |

B. Installation Fees

| | Installation Fees List Price |
|---|---|
| [illegible] Firewall Options | |
| [illegible] Option (DMZ) ([illegible]) | $0 |
| [illegible] Option ([illegible] DMZ) | $200 |
| URL Screening (Websense) | |
| Managed Firewall URL Screening 100 User | $350.00 |
| Managed Firewall URL Screening 500 User | $350.00 |
| Managed Firewall URL Screening 1000 User | $350.00 |
| Managed Firewall URL Screening 3000 User | $350.00 |
| Managed Firewall URL Screening 5000 User | $350.00 |
| [illegible] Managed and Provided Software | $500.00 |
| [illegible] Firewall 100Mb Ethernet | $200.00 |
| [illegible] Strong Authentication Server | $250.00 |
| [illegible] Extranet | $500.00 |
| [illegible] Firewall - Support For Remote User VPN | $1000.00 |
| [illegible] | |
| [illegible] Homed Option | $500 |

[illegible] Maintenance Monthly Charges

| [illegible] Level [illegible] Time | Monthly Service Charge* |
|---|---|
| [illegible], 8 hours/day, Next Business Day | Standard - available at no additional charge |
| [illegible], 8 hours/day, 4 business hours | $150.00 |
| [illegible], 8 hours/day, [illegible] Day | $300.00 |
| [illegible], 24 hours/day, [illegible] hours | $600.00 |



EXHIBIT A PAGE 15

JS 44 (Rev. 11/04) VIA FAX

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

AT&T Corp., a New York corporation

(b) County of Residence of First Listed Plaintiff: Somerset County, N.J.
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Andrew A. Smits, 36 Executive Park, Suite 160, Irvine, CA 92614-4794. 949-833-1025

**DEFENDANTS**

Washington Inventory Service, a California corporation

FILED 08 APR 28 AM 11:43

County of Residence of First Listed Defendant: San Diego County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Attorneys (If Known): '08 CV 0758 H POR

BY DEPUTY

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1391(b), 28 U.S.C. §1332(a)

Brief description of cause:
Breach of contract for telecommunications services

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 392,203.02 CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE: April 25, 2008

SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150233 - MB

April 28, 2008
11:36:30

Civ Fil Non-Pris
USAO #.: 08CV0758 CIVIL FILING
Judge..: MARILYN L HUFF
Amount.: $350.00 CK
Check#.: BC8190

Total-> $350.00

FROM: AT&T CORP VS WASHINGTON
INVENTORY SERVICE
CIVIL FILING