Andrew A. Smits (State Bar Number 146659)
Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1027
E-mail: asmits@smits-law.com

Paul R. Franke, III
Franke Greenhouse List & Lippitt, LLP
1228 Fifteenth Street, Second Floor
Denver, Colorado 80202
Telephone: (303) 623-4500
Facsimile: (303) 323-0960
E-mail: pfranke@mfgll.com

Attorney for Plaintiff, AT&T Corp.

FILED
08 APR 28 AM 11:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

'08 CV 0758 H POR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>Plaintiff,<br>vs.<br>WASHINGTON INVENTORY SERVICE, a California corporation,<br>Defendants. | Case No.:<br><br>**PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST (Local Rule 40.2)** |

The undersigned, counsel of record for plaintiff, AT&T Corp. ("AT&T"), certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. AT&T Inc. is the parent corporation of AT&T Corp. AT&T Corp. is a wholly owned subsidiary of AT&T, Inc. AT&T Corp. has merged with SBC creating AT&T Inc.

2. AT&T Inc., a publicly held corporation, owns 10% or more of AT&T Corp.'s stock.

3. No publicly held corporations own 10% or more of AT&T Inc.'s stock.

//

//

4. There are no publicly held corporations that have a substantial financial interest in the outcome of this case by reason of insurance, a franchise agreement or indemnity agreement.

Dated: April 25, 2008

LAW OFFICES OF ANDREW A. SMITS

By: ____________________
ANDREW A. SMITS
Attorney for Plaintiff, AT&T Corp.

Law Offices of Andrew A. Smits
36 Executive Park
Suite 160
Irvine, CA 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1035