# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 28 PM 1:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

AT&T CORP., a New York corporation,

vs

WASHINGTON INVENTORY SERVICE, a California corporation,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0758 H POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Andrew A Smits
36 Executive Park, Suite 160
Irvine, California, 92614-4794

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 28 2008
DATE

J. PARIS

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)