HOWARD E. SUSMAN (CA. SB #88776)
STOEL RIVES LLP
12707 High Bluff Drive, Suite #200
San Diego, CA 92130
Telephone: (858) 794-1462
Facsimile: (916) 447-4781

THOMAS W. SNYDER (CO. SB #33106)
(*PRO HAC VICE* PENDING)
STOEL RIVES LLP
999 18th Street, Suite 2700
Denver, CO 80202
Telephone: (303) 297-7884
Facsimile: (303) 357-4775

Attorneys for Defendant
Washington Inventory Service

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON INVENTORY SERVICE, a California corporation,<br><br>Defendant. | Case No. 08 CV 0758 JM POR<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following appear as counsel for defendant Washington Inventory Service, a California corporation, in the above-captioned action:

Howard E. Susman
STOEL RIVES, LLP
12707 High Blufff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1462
E-mail: hesusman@stoel.com

Please direct all future correspondence and conventionally filed documents to the attention above.

DATED: June 25, 2008

STOEL RIVES LLP

/S/

By:________________________________
HOWARD E. SUSMAN
Attorneys for Defendant
Washington Inventory Service