HOWARD E. SUSMAN (CA. SB #88776)
STOEL RIVES LLP
12707 High Bluff Drive, Suite #200
San Diego, CA 92130
Telephone: (858) 794-1462
Facsimile: (916) 447-4781

THOMAS W. SNYDER (CO. SB #33106)
(*PRO HAC VICE* PENDING)
STOEL RIVES LLP
999 18th Street, Suite 2700
Denver, CO 80202
Telephone: (303) 297-7884
Facsimile: (303) 357-4775

Attorneys for Defendant
Washington Inventory Service

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON INVENTORY SERVICE, a California corporation,<br><br>Defendant. | Case No. 08 CV 0758 JM POR<br><br>JOINT MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |

WHEREAS, Plaintiff AT&T Corp filed a Complaint for Breach of Contract and Quantum Meruit/Unjust Enrichment on April 28, 2008;

WHEREAS, Defendant Washington Inventory Service was served with said complaint on June 5, 2008;

WHEREAS, at the time of service of the Complaint, Defendant's primary attorney for this matter, Thomas Snyder, had just begun a vacation and was unable to review the Complaint with Defendant and prepare a response within the 20 day time period set forth by Fed. Rule Civ.Pro. 12(a);

WHEREFORE, the Parties hereby stipulate and jointly move for a two week extension of time for Defendant to respond to Plaintiff's Complaint, making said response due on or before July 9, 2008.

DATED: June 24, 2008

LAW OFFICES OF ANDREW A. SMITS

/S/

By: ________________________________
ANDREW A. SMITS
Attorney for Plaintiff AT&T Corp.

DATED: June 25, 2008

STOEL RIVES LLP

/S/

By:________________________________
HOWARD E. SUSMAN
Attorneys for Defendant
Washington Inventory Service