1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| AT&T CORP., a New York corporation, | Case No. 08 CV 0758 JM POR |
|---|---|
| Plaintiff, | ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |
| v. | |
| WASHINGTON INVENTORY SERVICE, a California corporation, | |
| Defendant. | |

WHEREAS, Plaintiff AT&T Corp filed a Complaint for Breach of Contract and Quantum Meruit/Unjust Enrichment on April 28, 2008;

WHEREAS, Defendant Washington Inventory Service was served with said complaint on June 5, 2008;

WHEREAS, because Defendant's primary counsel was on vacation when the Complaint was served and could not timely consult with Defendant in preparing a response to the Complaint within the 20 day time period provide by Fed. Rule Civ. Pro. 12(a), the Parties have jointly moved for a two week extension of time for Defendant to respond to Plaintiff's Complaint, making said response due on or before July 9, 2008.

///

1    THEREFORE, this Court finds good cause to extend the time for Defendant to file its
2    response to Plaintiff's Complaint to on or before July 9, 2008.
3    IT IS SO ORDERED.
4    DATED: June 26, 2008

_____
Hon. Jeffrey T. Miller
Judge of the United States District Court

Stoel Rives LLP
Attorneys At Law
San Diego

-2-

[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT