HOWARD E. SUSMAN (CA SB #88776)
STOEL RIVES LLP
12707 High Bluff Drive, Suite #200
San Diego, CA 92130
Telephone: (858) 794-1462
Facsimile: (916) 447-4781

THOMAS W. SNYDER (CO SB #33106)
(ADMITTED *PRO HAC VICE*)
STOEL RIVES LLP
999 18th Street, Suite 2700
Denver, CO 80202
Telephone: (303) 297-7884
Facsimile: (303) 357-4775

Attorneys for Defendant
Washington Inventory Service

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON INVENTORY SERVICE, a California corporation,<br><br>Defendant. | Case No. 08 CV 0758 JM POR<br><br>DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br>(Local Rule 40.2) |

Defendant Washington Inventory Service submits this Notice of Party with Financial Interest in accordance with Local Rule 40.2.

1. Washington Inventory Service is the name of the defendant in this action and the real party in interest. Washington Inventory Service sometimes is known by an unregistered trade name, WIS International.

2. Washington Inventory Service is wholly-owned by WIS Holding Company, Inc.

///

3. WIS Holding Company, Inc. is 80.9% owned by American Capital, a publicly traded equity company.

Dated this 9th day of July, 2008.

DATED: July 9, 2008

STOEL RIVES LLP

By:________/S/________________
THOMAS W. SNYDER
Attorneys for Defendant
Washington Inventory Service

## CERTIFICATE OF SERVICE

I am a resident of the State of Colorado, over the age of eighteen years, and not a party to this action. My business address is 999 18th Street, Suite 2700, Denver, Colorado, 80202. On July 9, 2008, I caused to be served the within document:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

by serving such document via electronic mail from the U.S. District Court Live System to the following party:

Andrew A Smits
Law Offices of Andrew A Smits
36 Executive Park, Suite 160
Irvine, CA 92614
(949)833-1025
(949)833-1027 (fax)
asmits@smits-law.com

Attorney Representing *Plaintiff* AT&T Corp.

I declare that I am employed in the office of a member of this court at whose direction this service was made.

Executed on July 9, 2008, at Denver, Colorado.

/S/
Thomas W. Snyder