**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

AT&T Corp. v. Washington Inventory Service No. 08-cv-0758-JM (POR)

| Plaintiffs | Defendants |
|---|---|
| n/a | n/a |

PROCEEDINGS: X In Chambers ___ In Court ___ Telephonic

Judge Porter hereby recuses herself from the above-entitled action and requests that another Magistrate Judge be assigned. There are currently no dates set in front of Judge Porter.

New Case number: 08 cv 758 -JM (NLS)

NOTICE: ___ In Person ___ By Telephone ___ Copies Sent

DATE: July 10, 2008 DEPUTY: [signature]

cc: Judge Miller