**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**JULY 14, 2008**

AT&T Corporation vs Washington Inventory Service No. 08cv758

Hon. Nita L. Stormes Deputy Clerk

---

**IT IS HEREBY ORDERED THAT** Nita L. Stormes **RECUSES** from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: Magistrate Judge Anthony J. Battaglia

New Case #: 08cv758 JM (AJB)