Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

AT&T CORP., a New York corporation,

vs

WASHINGTON INVENTORY SERVICE, a California corporation,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0758 H POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, California, 92614-4794

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 28 2008
DATE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CASE NAME AT & T V. WASHTINGTON

CASE NUMBER 08CV 0758 JM

AO 88 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint* was made by me1 | DATE 6/5/2008 2:33 PM |
| NAME OF SERVER (PRINT) KEN NIELSEN | TITLE PROCESS SERVER 1890/ORANGE |

*Check one box below to indicate appropriate method of service*

**DEFENDANT:** WASHINGTON INVENTORY SERVICE, a California corporation

☐ Served personally upon the defendant. Place where served: 2030 MAIN STREET, SUITE 1030, IRVINE, CA 92614

☒ Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: NICOLE PARNELL, NATIONAL REGISTERED AGENTS, AGENTS FOR SERVICE OF PROCESS

☐ Returned unexecuted:

☐ Other (specify) :

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $55.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/9/2008
*DATE*

[signature]
*SIGNATURE OF SERVER*

O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

17344

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**LIST OF DOCUMENTS SERVED:**

1) SUMMONS AND COMPLAINT;
2) CIVIL CASE COVER SHEET;
3) NOTICE TO ATTORNEYS;
4) ELECTRONIC CASE FILING SYSTEM;
5) PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST;
6) NOTICE OF CASE REASSIGNMENT