Andrew A. Smits (State Bar Number 146659)
Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1027
E-mail: asmits@smits-law.com

Samy Henein
Suppa Trucchi & Henein LLP
3055 India St
San Diego, CA, 92101-6013
Telephone: (619) 297-7330
Facsimile: (619) 297-9658
E-mail: Samyhenein@aol.com

Attorney for Plaintiff, AT&T Corp.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>Plaintiff,<br>vs.<br>WASHINGTON INVENTORY SERVICE, a California corporation,<br>Defendants. | Case No.: 08 CV 0758-JM (AJB)<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff, AT&T Corp. ("AT&T"), by and through its counsel, hereby submits this substitution of counsel as follows:

1. The Denver law firm of Franke Greenhouse List & Lippitt LLP serves as outside counsel to Plaintiff and will be lead counsel in this action.

2. Plaintiff initially retained Andrew Smits of the Law Offices of Andrew Smits to assist as California counsel in this case.

3. Mr. Smits' offices are in Orange County.

4. Upon the filing of pro hac vice motions for Paul R. Franke, III, and Bethany A. Johnson, Plaintiff was informed that it must retain counsel with offices in San Diego County if it desired that its Denver counsel be admitted to practice pro hac vice for the purposes of this action.

5. Plaintiff has therefore retained Teresa Trucchi and Samy Henein of Suppa Trucchi & Henein LLP to represent it as local counsel in the above-captioned action.

6. Suppa Trucchi & Henein LLP shall be substituted for and replace the Law Offices of Andrew A. Smits as counsel for AT&T Corp. in the above-captioned action.

Respectfully submitted this 5th day of August, 2008.

Andrew A. Smits
Law Offices of Andrew A. Smits
36 Executive Park, Suite 160
Irvine, California 92614-4794
Telephone: (949) 833-1025
Facsimile: (949) 833-1027
E-mail: asmits@smits-law.com

**INTERIM ATTORNEY FOR PLAINTIFF**

s/Samy Henein

Samy Henein
Suppa Trucchi & Henein LLP
3055 India St
San Diego, CA, 92101-6013
Telephone: 619) 297-7330
Facsimile: (619) 297-9658
E-mail: Samyhenein@aol.com

**COUNSEL FOR PLAINTIFF**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3055 India St, San Diego, CA, 92101-6013.

On August ___, 2008 I served the foregoing document described as Plaintiff's Substitution of Counsel on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Howard E. Sussman
STOEL RIVES, LLP
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1462
Email: hesusman@stoel.com

Thomas W. Snyder SB #33106
Stoel Rives LLP
999 18th Street, Suite 2700
Denver, CO 80202
Telephone: (303) 297-7884
(303) 328-1658 (wireless)
twsnyder@stoel.com

[X] **(By U.S. Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(By Personal Service)** I caused to be delivered by hand such envelope to the offices of the addressee.

[ ] **(By Facsimile)** I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of the said transmission report is attached hereto.

[ ] **(By Overnight Delivery)** I caused overnight delivery by Overnite Express of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on August 11, 2008 at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Samy Henein
(Type or Print Name)

s/Samy Henein

LAW OFFICES OF ANDREW A. SMITS
38 Executive Park
Suite 150
Irvine, CA 92614-4791
Telephone: (949) 833-1103
Facsimile: (949) 833-1027