Teresa Trucchi (#135543)
Samy S. Henein (#171356)
**SUPPA, TRUCCHI & HENEIN, LLP**
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658

Attorneys for Plaintiff AT&T CORP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT&T CORP., a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON INVENTORY SERVICE, a California corporation,<br><br>Defendants. | Case No.: 08 CV 0758 JM POR<br><br>**PLAINTIFF AT&T CORP.'S EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

Plaintiff, AT&T Corp. ("AT&T"), by and through its undersigned counsel, hereby submits its unopposed Ex Parte Motion to Continue Early Neutral Evaluation Conference, as follows:

Plaintiff filed its Complaint in the above matter on or about April 28, 2008. At the time of filing its Complaint, Attorney Andrew Smits was retained as Plaintiff AT&T Corp.'s local counsel. On or about June 10, 2008, counsel for Plaintiff AT&T Corp. submitted Applications Pro Hac Vice for attorneys Paul R. Franke, III and Bethany A. Johnson of Franke Greenhouse List & Lippitt LLP in Denver, Colorado.

On or about June 20, 2008, Bethany A. Johnson, received a voice message from Judge Miller's chambers, notifying counsel that Plaintiff's Applications Pro Hac Vice had been rejected by the Court because Plaintiff did not have local counsel with offices located within the boundaries of San Diego County. Plaintiff's former local counsel was admitted to practice in the Southern District of California, but his offices are located in Orange County.

Plaintiff's former local counsel, Andrew Smits, discussed this matter with Judge Miller's clerk and concluded that Plaintiff would need to find new local counsel to represent AT&T in this matter.

Plaintiff has recently retained the undersigned counsel, with offices in the County of San Diego, to represent it as local counsel in this action and has filed a substitution of counsel.

The Court, on July 21, 2008, set the above captioned matter for an Early Neutral Evaluation Conference (ENE), Briefing Schedule, and Briefing Requirements for August 27, 2008.

Plaintiff requests that the Court continue the ENE Conference set for August 27, 2008 to allow Plaintiff time for its outside counsel in Denver to be admitted pro hac vice and so that the parties may engage in some informal document exchange prior to the conference. Plaintiff believes that the ENE Conference will be more meaningful and beneficial to all parties with the participation of its primary counsel in this case, Franke Greenhouse List & Lippitt LLP.

Plaintiff has conferred with opposing counsel, and opposing counsel does not object to the request as long as any new date for the conference is first cleared with them as Defendant's primary counsel also resides in Denver, Colorado.

Plaintiff requests that the Court vacate the ENE Conference set for August 27, 2008, and re-set the conference for September or October, 2008. Plaintiff has cleared the following potential dates with opposing counsel: September 15, 19, 29, 2008.

Respectfully submitted this 11th day of August, 2008.

s/Samy Henein

Samy Henein
Suppa Trucchi & Henein LLP
3055 India St
San Diego, CA, 92101-6013
Telephone: 619) 297-7330
Facsimile: (619) 297-9658
E-mail: Samyhenein@aol.com

**COUNSEL FOR PLAINTIFF**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3055 India St, San Diego, CA, 92101-6013.

On August 11, 2008 I served the foregoing document described as Plaintiff's Substitution of Counsel on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

| | |
|---|---|
| Howard E. Sussman<br>STOEL RIVES, LLP<br>12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 794-1462<br>Email: hesusman@stoel.com | Thomas W. Snyder SB #33106<br>Stoel Rives LLP<br>999 18th Street, Suite 2700<br>Denver, CO 80202<br>Telephone: (303) 297-7884<br>(303) 328-1658 (wireless)<br>twsnyder@stoel.com |

[ ] **(By U.S. Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(By Personal Service)** I caused to be delivered by hand such envelope to the offices of the addressee.

[ ] **(By Facsimile)** I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of the said transmission report is attached hereto.

[ ] **(By Overnight Delivery)** I caused overnight delivery by Overnite Express of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

[ X ] **(By CM/ECF)** I caused service through CM/ECF e-service for the Southern District of California of the above document, by filing said document using CM/ECF.

Executed on August 11, 2008 at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

s/Samy Henein

Samy Henein
Suppa Trucchi & Henein LLP
3055 India St
San Diego, CA, 92101-6013
Telephone: 619) 297-7330
Facsimile: (619) 297-9658
E-mail: Samyhenein@aol.com: