# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation | Case No.: 08 CV 0758 JM POR |
| Plaintiff, | |
| v. | **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| WASHINGTON INVENTORY SERVICE, a California corporation, | |
| Defendant. | |

Based upon the Ex parte motion filed by the Plaintiff, and good cause being shown, IT IS HEREBY ORDERED that Suppa Trucchi & Henein LLP shall be substituted for and replace the Law Office of Andrew A. Smits as counsel for AT&T Corp. in the above-captioned action.

DATED: August 12, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

---

ORDER GRANTING SUBSTITUTION OF ATTORNEY                                    08 CV 0758 JM POR