Teresa Trucchi (#135543)
Samy S. Henein (#171356)
**SUPPA, TRUCCHI & HENEIN, LLP**
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658

Attorneys for Plaintiff AT&T CORP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT&T CORP., a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON INVENTORY SERVICE, a California corporation,<br><br>Defendants. | Case No.: 08 CV 0758 JM POR<br><br>**PRO HAC VICE APPLICATION FOR PAUL R. FRANKE, III** |

I, Paul R. Franke, III hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Franke Greenhouse List & Lippitt LLP
Street address: Granite Building, Second Floor, 1228 Fifteenth St.
City, State, ZIP: Denver, Colorado 80202
Phone number: (303) 623-4500

That on October 19, 1982 I was admitted to practice before U.S. District Court for Colorado and am currently in good standing and eligible to practice in said court,

////

////

That I am not currently suspended or disbarred in any other court, and;

That I have not concurrently or within the year preceding this application made any pro hac vice application to this Court other than the motion filed in the above-captioned action in June 2008 which was denied by this Court pending Plaintiff's retention of local counsel with offices located in San Diego County.

I declare under penalty of perjury that the foregoing is true and correct.

Paul R. Franke, III

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Samy Henein
Suppa Trucchi & Henein LLP
3055 India St
San Diego, CA, 92101-6013
Telephone: (619) 297-7330

Paul R. Franke, III

I hereby consent to the above designation

Samy Henein

The pro hac vice application is hereby approved for filing.

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk

Received $180 for Court Library fee

By Deputy Clerk

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3055 India St, San Diego, CA, 92101-6013.

On August ___, 2008 I served the foregoing document described as Pro Hac Vice Application for Paul R. Franke, III on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

Howard E. Sussman
STOEL RIVES, LLP
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1462
Email: hesusman@stoel.com

Thomas W. Snyder SB #33106
Stoel Rives LLP
999 18th Street, Suite 2700
Denver, CO 80202
Telephone: (303) 297-7884
(303) 328-1658 (wireless)
twsnyder@stoel.com

[ X] **(By U.S. Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(By Personal Service)** I caused to be delivered by hand such envelope to the offices of the addressee.

[ ] **(By Facsimile)** I caused such document to be transmitted by facsimile to the offices of the addressee. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of the said transmission report is attached hereto.

[ ] **(By Overnight Delivery)** I caused overnight delivery by Overnite Express of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

Executed on August 14, 2008 at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Samy Henein
(Type or Print Name)

s/Samy Henein

MATTHEW W. QUALL, ESQ.
LANG, RICHERT & PATCH
5200 N. PALM AVE., 4TH FLOOR
FRESNO, CA 93704
(559) 228-6700