# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation ) | Case No.: 08 CV 0758 JM POR |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING PLAINTIFF AT&T CORP.'S EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| WASHINGTON INVENTORY SERVICE, a California corporation, ) | |
| Defendant. ) | |

This matter having come before the Court on AT&T Corp.'s unopposed Ex parte Motion to Continue Early Neutral Evaluation Conference, and the Court being fully advised in the premises:

IT IS THEREFORE ORDERED that Plaintiff's Motion is Granted. The Court will continue the Early Neutral Evaluation Conference currently set for August 27, 2008 to ***September 19, 2008 at 1:30 p.m.*** Defendant's brief is now due to be served and lodged on or before September 12, 2008. Plaintiff may supplement their brief if they so desire on or before September 5, 2008.

IT IS SO ORDERED.

DATED: August 14, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

---

1

ORDER GRANTING SUBSTITUTION OF ATTORNEY                                   08 CV 0758 JM POR