Teresa Trucchi (#135543)
Samy S. Henein (#171356)
**SUPPA, TRUCCHI & HENEIN, LLP**
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658

Attorneys for Plaintiff AT&T CORP

**FILED**
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT&T CORP., a New York corporation<br>Plaintiff,<br>v.<br>WASHINGTON INVENTORY SERVICE, a California corporation,<br>Defendants. | Case No.: 08 CV 0758 JM POR<br><br>**PRO HAC VICE APPLICATION FOR BETHANY A. JOHNSON** |

I, Bethany A. Johnson hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Franke Greenhouse List & Lippitt LLP

Street address: Granite Building, Second Floor, 1228 Fifteenth St.

City, State, ZIP: Denver, Colorado 80202

Phone number: (303) 623-4500

That on December 10, 2003 I was admitted to practice before U.S. District Court for Colorado and am currently in good standing and eligible to practice in said court,

////

////

That I am not currently suspended or disbarred in any other court, and;

That I have not concurrently or within the year preceding this application made any pro hac vice application to this Court other than the motion filed in the above-captioned action in June 2008 which was denied by this Court pending Plaintiff's retention of local counsel with offices located in San Diego County.

I declare under penalty of perjury that the foregoing is true and correct.

Bethany A. Johnson

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Samy Henein
Suppa Trucchi & Henein LLP
3055 India St
San Diego, CA, 92101-6013
Telephone: (619) 297-7330

Bethany A. Johnson

I hereby consent to the above designation

Samy Henein

The pro hac vice application is hereby approved for filing.

RECEIVED
AUG 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VAC 154134 $180 DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk

Received $180 for Court Library fee

By Deputy Clerk

**L. Hammer**