cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AT&T CORP., a New York Corporation, | ) | Civil No. 08cv0758 JM (AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** |
| WASHINGTON INVENTORY SERVICE, a California Corporation, | ) ) ) | |
| Defendants. | ) ) | [Doc. No. 33.] |

The Court, having reviewed the parties' Joint Motion to Amend Scheduling Order, and finding good cause, HEREBY Grants the Joint Motion to Amend Scheduling Order. IT IS HEREBY ORDERED that the Scheduling Order filed on November 3, 2008 is modified as follows:

a. The parties shall disclose the identity of their respective experts in writing by **April 2, 2009.**

b. The date for disclosure of the identity of rebuttal experts shall be **April 20, 2009.**

c. On or before **May 20, 2009**, each party shall comply with the disclosure provisions of Rule 26(a)(2)(B).

d. The parties shall supplement their disclosures regarding contradictory or rebuttal evidence on or before **June 1, 2009.**

e. All fact discovery shall be completed by the parties on or before **May 15, 2009.**

f. All expert discovery shall be completed on or before **July 1, 2009.**

//

//

1     g.     All other pre-trial motions must be filed on or before **July 15, 2009.**

2           All other deadlines as set forth in the November 3, 2009 Scheduling Order shall remain in effect.

4   IT IS SO ORDERED

7   DATED: February 18, 2009

                             Hon. Anthony J. Battaglia
                             U.S. Magistrate Judge
                             United States District Court