# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP., a New York corporation, | Case No.: 08CV0758 JM (AJB) |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WASHINGTON INVENTORY SERVICE, a California corporation, | |
| Defendants. | |

THIS MATTER, coming before the Court on Plaintiff's AT&T Corp., and Defendant, Washington Inventory Service's Stipulation of Dismissal with Prejudice, announcing that all matters between them have been fully compromised and settled, and the Court being fully advised in the premises;

It is, therefore, ORDERED and ADJUDGED that this lawsuit is DISMISSED WITH PREJUDICE.

It is further ORDERED and ADJUDGED that all costs and attorneys' fees will be paid by the party incurring same.

Dated: January 6, 2010.

BY THE COURT:

U. S. District Judge